UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-59296 |
| | ) | |
| MICHAEL ANTHONY O'BRIAN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Preston |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF COURT:**

The attached check in the amount of $4.70 represents the sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| U.S. Bank, N.A.<br>Bankruptcy Dept.<br>P.O. Box 5229<br>Cincinnati, OH  45201 | #4 | $3.35 |
| City of Columbus<br>Dept. of Public Utilities<br>910 Dublin Rd.<br>Columbus, OH  43215 | #6 | $1.35 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|---|
| $ 4.70 | | $ |

Dated: November 8, 2011

  _/s/   Myron N. Terlecky_
Myron N. Terlecky, Trustee

Myron N. Terlecky, Trustee
575 S. Third St.
Columbus OH 43215

Case: O'BRIAN, MICHAEL ANTHONY   Debtor(s).

**Virginia National Bank**
P O Box 2853
Charlottesville, VA - 22902



VOID AFTER 90 DAYS      **DATE:** 11/04/2011          **CHECK NO:**          5009

PAY:        FOUR AND 70 / 100                                    $4.70

TO THE
ORDER        Clerk, US Bankruptcy Court
OF:

Trustee

---

Small Dividends

**DATE:** 11/04/2011         **CHECK NO:**      5009        **CONTROL NO:** 396                 $4.70

Small Dividends

**Payment Details**

| | |
|---|---|
| Claim Amount | $3.35 |
| Claim Amount | $1.35 |

---

Myron N. Terlecky, Trustee
575 S. Third St.
Columbus OH 43215

Case #:   09-59296-CKP
Case:    O'BRIAN, MICHAEL ANTHONY   Debtor(s).

**VIRGINIA NATIONAL BANK**
P O Box 2853
Charlottesville, VA - 22902

VOID AFTER 90 DAYS      **DATE:** 11/04/2011          **CHECK NO:**      5009        **CONTROL NO:** 396

PAY:        FOUR AND 70 / 100                                    $4.70

TO THE
ORDER        Clerk, US Bankruptcy Court
OF:

Small Dividends

116312